UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>(1) MANUEL DE JESUS AYALA, )<br>    a/k/a "Chacua" )<br>(2) ALEJANDRO ENRIQUE RAMIREZ UMANA,)<br>    a/k/a "Wizard" )<br>       "Lobo" )<br>(3) HEVERTH ULISES CASTELLON, )<br>    a/k/a "Misterio" )<br>       "Sailor" )<br>(4) JULIO CESAR ROSALES LOPEZ, )<br>    a/k/a "Stiler" )<br>(5) JUAN GILBERTO VILLALOBOS, )<br>    a/k/a "Smoke" )<br>       "Smokey" )<br>(6) ELVIN PASTOR FERNANDEZ-GRADIS, )<br>    a/k/a "Tigre" )<br>       "Flaco" )<br>       "Juan Alberto Irias" )<br>       "Freddy" )<br>(7) JUAN RUBEN VELA GARCIA, )<br>    a/k/a "Mariachi" )<br>(8) JOSE AMILCAR GARCIA-BONILLA, )<br>    a/k/a "Psicopata," )<br>       "Sicario" )<br>(9) YELSON OLIDER CASTRO-LICONA, )<br>    a/k/a "Diablo" )<br>(10) CARLOS FERUFINO-BONILLA, )<br>    a/k/a "Tigre" )<br>(11) NELSON HERNANDEZ-AYALA, )<br>    a/k/a "Sixteen" )<br>(12) MARIO MELGAR-DIAZ, )<br>    a/k/a "Nino" )<br>(13) ALEXI RICARDO RAMOS, )<br>    a/k/a "Pajaro" )<br>(14) CARLOS ROBERTO FIGUEROA-PINEDA, )<br>    a/k/a "Drogo" ) | DOCKET NO. 3:08-CR-134-RJC<br><br>**<u>ORDER UNSEALING BILL OF<br>INDICTMENT</u>** |

| | |
|---|---|
| (15) CESAR YOALDO CASTILLO, | ) |
|     a/k/a "Chino" | ) |
| (16) ALEXANDER GRANADOS, | ) |
|     a/k/a "Gorilon" | ) |
| (17) MICHAEL STEVEN MENA, | ) |
|     a/k/a "Cholo" | ) |
| (18) JOHNNY ELIAS GONZALEZ, | ) |
|     a/k/a "Solo" | ) |
| (19) JAIME SANDOVAL, | ) |
|     a/k/a "Pelon" | ) |
| (20) SANTOS CANALES-REYES, | ) |
|     a/k/a "Chicago" | ) |
| (21) JOSE EFRAIN AYALA-URBINA, | ) |
|     a/k/a "Peligroso" | ) |
| (22) OSCAR MANUEL MORAL-HERNANDEZ, | ) |
|     a/k/a "Truchon" | ) |
| (23) SANTOS ANIBAL CABALLERO FERNANDEZ, | ) |
|     a/k/a "Garra" | ) |
| (24) MANUEL CRUZ, | ) |
|     a/k/a "Silencioso" | ) |
| (25) JAVIER MOLINA, | ) |
|     a/k/a "Big Psycho" | ) |
|         "Gringo" | ) |
| (26) MARIO GUARJARDO-GARCIA, | ) |
|     a/k/a "Speedy" | ) |
|         "Iran Guerrero-Gomez" | ) |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment be unsealed in this matter.

**IT IS HEREBY ORDERED** that the Indictment be immediately unsealed until further order of this Court.

This the 24th day of June, 2008.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE