IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cr134

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| MANUEL DE JESUS AYALA, et al. ) | |
| ) | |

**THIS MATTER** is before the Court on the government's second motion to unseal plea agreements an plea hearing minutes for certain defendants in this case. (Doc. No. 954). None of the defendants have objected to the motion and the Court finds such action is in the interest of justice.

**IT IS, THEREFORE, ORDERED** that the government's motion is **GRANTED** in part, and the plea agreements and plea hearing minutes of the following defendants are **UNSEALED**:

(8)   Jose Amilcar Garcia-Bonilla; and

(12)  Mario Melgar-Diaz

Signed: June 8, 2010

Robert J. Conrad, Jr.
Chief United States District Judge